# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WM CAPITAL MANAGEMENT, INC.AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK, | ) ) ) ) ) | Case No.   15-CV-8786 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STEVE K. DOBROBOV, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:     Attorneys of Record

PLEASE TAKE NOTICE that on **May 18, 2016**, at **9:30 a.m.**, we will appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his place, in the courtroom usually occupied by him in Room 2103 in the Northern District of Illinois Eastern Division, Everett McKinley Dirksen Building, Chicago, Illinois, and there present Defendant's Motion to Dismiss, a copy of which is herewith served upon you.

Dated: May 10, 2016                                        Respectfully submitted,


                                                                                 /s/ Stephen D. Richek
                                                                              Stephen D. Richek

Law Offices of Stephen D. Richek
111 W. Washington Street, Suite 1020
Chicago, IL 60602
312-375-6556

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/ Stephen D. Richek
Stephen D. Richek

Law Offices of Stephen D. Richek
111 W. Washington Street, Suite 1020
Chicago, IL 60602
312-375-6556